**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

Robert W. Johnson

vs.

Springhill Suites Cleveland Independence

X Marriott Bonvoy

)
)
)
)
)
)
)
)
)

**Plaintiff(s)**

**Defendant(s)**

Civil Case No.: 5:22-cv-513 (DNH/ATB)

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION BASED UPON AGE**

Plaintiff(s) demand(s) a trial by: X JURY ____ COURT (Select only one).

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
MAY 17 2022
AT____ O'CLOCK____
John M. Domurad, Clerk  Syracuse

Plaintiff(s) in the above-captioned action, allege(s) as follows:

**JURISDICTION**

1. Jurisdiction is conferred on this court pursuant to 29 U.S.C. §§ 626(c)(1). If the plaintiff is a **federal** employee, jurisdiction is conferred on this court pursuant to 29 U.S.C. § 633a(c).

**PARTIES**

2. a. Plaintiff: Robert W. Johnson

Address: 112 Court St. Apt. 2
Watertown, NY 13601

b. Plaintiff: _____

Address: N/A

Additional Plaintiffs may be added on a separate sheet of paper.

3.  a.  Defendant: Springhill Suites Cleveland Independence

Official Position: Corporation

Address: _____

_____

_____

b.  Defendant: Marriott Bonvoy

Official Position: Corporation

Address: _____

_____

_____

Additional Defendants may be added on a separate sheet of paper.

4.  This action is brought pursuant to the Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621-634(b), as amended, for employment discrimination based on age.

5.  Venue is invoked pursuant to 28 U.S.C. § 1391.

6.  The conduct complained of in this action involves:

(A)  ☒  Failure to employ

(B)  ____  Termination of employment

(C)  ____  Failure to promote

(D)  ____  Unequal terms and conditions of employment

(E)  ____  Reduction in wages

(F)  ____  Retaliation

(G)  ____  Other acts as specified below:

_____

_____

## FACTS

7.    Set forth the facts of your case which substantiate your claim of discrimination. List the events in the order they happened, naming defendants involved, dates and places.

   **Note:**  Each fact should be stated in a separate paragraph; paragraphs should be numbered sequentially.

   You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.

   The facts surrounding my claim of discrimination are:



I was denied employment and no policies or information was given for the reasons of Robert W. Johnson not being hired.

8.    (a)    My date of birth is: ████ /1984 ,

   (b)    My age at the time of the alleged discriminatory act was: 38 .

9.    I filed charges with the New York State Division on Human Rights or the New York City Commission on Human Rights regarding the alleged discriminatory acts on or about:

   Pending , 20 
   (Date)

10.    I filed a Notice of Intent with the Equal Employment Opportunity Commission on or about:

   Pending , 20 
   (Date)

11. The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter **(copy attached)** which was received by me on or about:

*Pending* , 20 _____
(Date)

12. The plaintiff is an employee within the meaning of 29 U.S.C. § 630(f).

13. The plaintiff is within the age limits as prescribed by 29 U.S.C. § 631(a).

14. The defendant(s) is (are) an employer, employment agency, or labor organization within the meaning of 29 U.S.C. § 630(b) (c) and (d).

15. The defendant(s) is (are) engaged in commerce within the meaning of 29 U.S.C. § 630(h).

16. In accordance with 29 U.S.C. § 626(d) and § 633(b), more than sixty (60) days have elapsed since filing a charge alleging unlawful discrimination with the New York State Division of Human Rights, the New York City Commission on Human Rights or the Equal Employment Opportunity Commission.

17. If plaintiff is a **federal** employee and has not filed a complaint with the Equal Employment Opportunity Commission, in accordance with 29 U.S.C. § 633a(d) a thirty (30) day Notice of Intent to File this action must been given to the Equal Employment Opportunity Commission before an action may be brought in this Court.

18. **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

*$100,000,000.00 for punitive damages; Employment; All other relief Just & Proper.*

I declare under penalty of perjury that the foregoing is true and correct.

DATED: *05/17/2022*

*Robert W. Johnson*
Signature of Plaintiff(s)
(all Plaintiffs must sign)